Eric B. Hull (#291167)
KERCSMAR FELTUS & COLLINS PLLC
8200 Wilshire Boulevard, Suite 222
Beverly Hills, California 90211
Telephone: (310) 928-7885
Facsimile:  (480) 421-1002
ebh@kfcfirm.com

*Attorneys for Defendants Harvey Belfer, Todd Belfer,
and To Be Limited Partnership*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PARAGON TECHNOLOGY & DEVELOPMENT, INC., a Delaware Corporation; GATSBY ENTERPRISES, INC., a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>HARVEY BELFER, an Individual; TODD BELFER, an Individual; TO BE LIMITED PARTNERSHIP, an Arizona Limited Partnership; and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-02547-JFW-MAA<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION —AND— JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE**<br><br>Assigned to the Hon. John F. Walter<br><br>Current Hearing Date: October 18, 2021 at 1:30 p.m.<br>Proposed Hearing Date: November 22, 2021 at 1:30 p.m.<br><br>Action filed: March 23, 2021<br>Complaint served: July 26, 2021<br>Trial Date: Not set |

1
Stipulation to Continue Hearing

Kercsmar Feltus & Collins PLLC
8200 Wilshire Boulevard, Suite 222
Beverly Hills, California 90211
(310) 928-7885

1  Pursuant to Local Rule 7-11, Plaintiffs PARAGON TECHNOLOGY &
2  DEVELOPMENT INC. and GATSBY ENTERPRISES INC. ("Plaintiffs") and
3  Defendants HARVEY BELFER, TODD BELFER, and TO BE LIMITED
4  PARTNERSHIP ("Defendants") represented through their counsel of record,
5  hereby stipulate as follows:
6      WHEREAS, Defendants filed a Motion To Dismiss For Lack Of Personal
7  Jurisdiction and noticed it for hearing on October 18, 2021, at 1:30 p.m. (Dkt.
8  #29);
9      WHEREAS, Plaintiffs filed an Opposition to the Motion To Dismiss For
10 Lack Of Personal Jurisdiction (Dkt. #34);
11     WHEREAS, the Court set a scheduling conference for October 25, 2021, at
12 1:15 p.m. (Dkt. #32);
13     WHEREAS, in the related case, *To Be Limited Partnership v. Jude Hudson,*
14 *et al.*, United States District Court Case No. 2:20-cv-03238-JFW-MAA, the Parties
15 mediated on September 9, 2021 and the settlement discussions included a
16 resolution of this case;
17     WHEREAS, the settlement discussions have continued and have included
18 the exchange of drafts of proposed written settlement agreements (which would
19 include the resolution of this case);
20     WHEREAS, the Parties believe that Defendant's motion to dismiss may be
21 more efficiently resolved, and the time and resources of the Court and the Parties
22 may be conserved, if the hearing on the motion to dismiss is continued;
23     WHEREAS, there has been no prior continuance of this hearing date (the
24 Parties did extend the deadline for Defendants to respond to the initial Complaint
25 pursuant to Local Rule 8-3);
26     NOW THEREFORE, the Parties stipulate that the hearing on Defendants'
27 Motion To Dismiss For Lack Of Personal Jurisdiction, currently set for October
28 18, 2021, at 1:30 p.m., is continued to November 22, 2021, at 1:30 p.m. This

continuance will move Defendants' deadline to file a reply in support of the motion from October 4, 2021 to November 8, 2021.

FURTHERMORE, the parties jointly request that the Court continue the scheduling conference, currently set for October 25, 2021, at 1:15 p.m. (Dkt. #32) to November 29, 2021, at 1:15 p.m.

Accordingly, the Parties respectfully request that the Court adopt the proposed order attached hereto.

DATED this 30th day of September, 2021.

**KERCSMAR FELTUS & COLLINS PLLC**

By: *s/ Eric B. Hull*
Eric B. Hull
8200 Wilshire Boulevard, Suite 222
Beverly Hills, California 90211
*Attorneys for Defendants Harvey Belfer, Todd Belfer, and To Be Limited Partnership*

**DYKEMA GOSSETT PLLC**

By: *s/ Thi Hoang Ho\**
Jeffrey Huron
Thi Hoang Ho
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
*Attorneys for Plaintiffs Paragon Technology & Development Inc. and Gatsby Enterprises Inc.*

\*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.