Eric B. Hull (#291167)
KERCSMAR FELTUS & COLLINS PLLC
8200 Wilshire Boulevard, Suite 222
Beverly Hills, California 90211
Telephone: (310) 928-7885
Facsimile:  (480) 421-1002
ebh@kfcfirm.com
*Attorneys for Defendants Harvey Belfer, Todd Belfer, and To Be Limited Partnership*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PARAGON TECHNOLOGY & DEVELOPMENT, INC., a Delaware Corporation; GATSBY ENTERPRISES, INC., a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>HARVEY BELFER, an Individual; TODD BELFER, an Individual; TO BE LIMITED PARTNERSHIP, an Arizona Limited Partnership; and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-02547-JFW-MAA<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br>**—AND—**<br>**JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE**<br><br>District Judge: Hon. John F. Walter<br><br>Action filed: March 23, 2021<br>Complaint served: July 26, 2021<br>Trial Date: Not set |

1

**ORDER**

The Stipulation to Continue the Hearing on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction having been considered, and good cause appearing therefor

IT IS HEREBY ORDERED that the Stipulation is GRANTED. The hearing on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, currently set for October 18, 2021, at 1:30 p.m., is continued to November 22, 2021, at 1:30 p.m. This continuance will move Defendants' deadline to file a reply in support of the motion from October 4, 2021 to November 8, 2021.

Furthermore, the Joint Request to Continue the Scheduling Conference having been considered, and good cause appearing therefor

IT IS HEREBY ORDERED that the Joint Request is GRANTED. The scheduling conference, currently set for October 25, 2021, at 1:15 p.m. is continued to November 29, 2021, at 1:15 p.m.

IT IS SO ORDERED.

Date: September 30, 2021     By:_____
                                 The Hon. John F. Walter
                                 United States District Judge

2