Eric B. Hull (#291167)
KERCSMAR FELTUS & COLLINS PLLC
8200 Wilshire Boulevard, Suite 222
Beverly Hills, California 90211
Telephone: (310) 928-7885
Facsimile: (480) 421-1002
ebh@kfcfirm.com

*Attorneys for Defendants Harvey Belfer, Todd Belfer, and To Be Limited Partnership*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PARAGON TECHNOLOGY & DEVELOPMENT, INC., a Delaware Corporation; GATSBY ENTERPRISES, INC., a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>HARVEY BELFER, an Individual; TODD BELFER, an Individual; TO BE LIMITED PARTNERSHIP, an Arizona Limited Partnership; and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-02547-JFW-MAA<br><br>**SECOND STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br>**—AND—**<br>**SECOND JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE**<br><br>Assigned to the Hon. John F. Walter<br><br>Current Hearing Date: November 22, 2021 at 1:30 p.m.<br>Proposed Hearing Date: January 10, 2022 at 1:30 p.m.<br><br>Action filed: March 23, 2021<br>Complaint served: July 26, 2021<br>Trial Date: Not set |

Kercsmar Feltus & Collins PLLC
8200 Wilshire Boulevard, Suite 222
Beverly Hills, California 90211
(310) 928-7885

Pursuant to Local Rule 7-11, Plaintiffs PARAGON TECHNOLOGY & DEVELOPMENT INC. and GATSBY ENTERPRISES INC. ("Plaintiffs") and Defendants HARVEY BELFER, TODD BELFER, and TO BE LIMITED PARTNERSHIP ("Defendants") represented through their counsel of record, hereby stipulate as follows:

WHEREAS, the Parties entered into a Stipulation on September 30, 2021 to continue the hearing on Defendants' Motion To Dismiss For Lack Of Personal Jurisdiction to November 22, 2021 at 1:30 p.m. (Dkt. #36);

WHEREAS, the Court granted the continuance on September 30, 2021 (Dkt. #37);

WHEREAS, based on the new hearing date, Defendants' deadline to file a reply in support of the Motion is November 8, 2021 (*id.*);

WHEREAS, in that same Order the Court continued the scheduling conference until November 29, 2021, at 1:15 p.m. (*id.*);

WHEREAS, in the related case, *To Be Limited Partnership v. Jude Hudson, et al.*, United States District Court Case No. 2:20-cv-03238-JFW-MAA (the "Shareholder Derivative Suit"), the Parties have reached a settlement that includes a resolution of this case;

WHEREAS, this same Court preliminarily approved the settlement in the Shareholder Derivative Suit on November 2, 2021, and a final approval hearing is set for December 3, 2021;

WHEREAS, there has been one prior continuance of the hearing date on Defendants' Motion To Dismiss For Lack Of Personal Jurisdiction in the instant action (*see* Dkt. #37);

NOW THEREFORE, the Parties stipulate that the hearing on Defendants' Motion To Dismiss For Lack Of Personal Jurisdiction, currently set for November 22, 2021, at 1:30 p.m. is continued to January 10, 2022 at 1:30 p.m. This

continuance will move Defendants' deadline to file a reply in support of the motion from November 8, 2021 to December 27, 2021.

FURTHERMORE, the Parties jointly request that the Court continue the scheduling conference, currently set for November 29, 2021, at 1:15 p.m. to January 24, 2022, at 1:15 p.m.

IN THE ALTERNATIVE, the Parties jointly request that the Court stay all deadlines and hearings in this matter pending the resolution of the settlement in the Shareholder Derivative Suit.

Accordingly, the Parties respectfully request that the Court adopt the proposed order attached hereto.

DATED this 4th day of November, 2021.

**KERCSMAR FELTUS & COLLINS PLLC**

By: *s/ Eric B. Hull*
Eric B. Hull
8200 Wilshire Boulevard, Suite 222
Beverly Hills, California 90211
*Attorneys for Defendants Harvey Belfer, Todd Belfer, and To Be Limited Partnership*

**DYKEMA GOSSETT PLLC**

By: *s/ Thi Hoang Ho\**
Jeffrey Huron
Thi Hoang Ho
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
*Attorneys for Plaintiffs Paragon Technology & Development Inc. and Gatsby Enterprises Inc.*

\*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.