Eric B. Hull (#291167)
KERCSMAR FELTUS & COLLINS PLLC
8200 Wilshire Boulevard, Suite 222
Beverly Hills, California 90211
Telephone: (310) 928-7885
Facsimile:  (480) 421-1002
ebh@kfcfirm.com
*Attorneys for Defendants Harvey Belfer, Todd Belfer, and To Be Limited Partnership*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PARAGON TECHNOLOGY & DEVELOPMENT, INC., a Delaware Corporation; GATSBY ENTERPRISES, INC., a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>HARVEY BELFER, an Individual; TODD BELFER, an Individual; TO BE LIMITED PARTNERSHIP, an Arizona Limited Partnership; and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-02547-JFW-MAAx<br><br>**ORDER GRANTING THE SECOND STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br>**—AND—**<br>**SECOND JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE**<br><br>District Judge: Hon. John F. Walter |

**ORDER**

The Stipulation to Continue the Hearing on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction having been considered, and good cause appearing therefor

IT IS HEREBY ORDERED that the Stipulation is GRANTED. The hearing on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, currently set for November 22, 2021, at 1:30 p.m. is continued **to January 10, 2022 at 1:30 p.m.** This continuance will move Defendants' deadline to file a reply in support of the motion from November 8, 2021 to December 27, 2021.

Furthermore, the Joint Request to Continue the Scheduling Conference having been considered, and good cause appearing therefor

IT IS HEREBY ORDERED that the Joint Request is GRANTED. The scheduling conference, currently set for November 29, 2021, at 1:15 p.m. **to January 24, 2022, at 1:15 p.m.** Counsel shall file a Joint Report, on or before January 10, 2022.

IT IS SO ORDERED.

Date: November 5, 2021

By: _____
The Hon. John F. Walter
United States District Judge