**DYKEMA GOSSETT LLP**
JEFFREY G. HURON, State Bar No. 136585
　*JHuron@dykema.com*
THI HOANG HO, State Bar No. 293978
　*THo@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Plaintiffs,
PARAGON TECHNOLOGY AND DEVELOPMENT, INC. and GATSBY ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PARAGON TECHNOLOGY & DEVELOPMENT, INC. a Delaware Corporation; GATSBY ENTERPRISES, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARVEY BELFER, an Individual; TODD BELFER, an Individual; TO BE LIMITED PARTNERSHIP, an Arizona Limited Partnership; and Does 1-10,<br><br>　　　　Defendant. | Case No. 2:21-cv-02547-JFW-MAA<br>The Hon. John F. Walter<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Trial Date:　　Not set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("F.R.C.P.") and Local Rule 7-1, Plaintiffs PARAGON TECHNOLOGY & DEVELOPMENT, INC. and GATSBY ENTERPRISES, INC. and defendants Harvey Belfer, Todd Belfer, and To Be Limited Partnership (collectively, the "Parties") by and through their attorneys, stipulate as follows:

///

///

WHEREAS the above-captioned action ("Action") was commenced on March 23, 2021;

WHEREAS no other parties have appeared in this Action;

WHEREAS in the related case, *To Be Limited Partnership v. Jude Hudson, et al.*, Case No. 2:20-cv-03238-JFW-MAA (the "Shareholder Derivative Action"), the parties entered into a settlement agreement ("Settlement Agreement") that provides for the dismissal with prejudice of this Action upon the satisfaction of certain conditions;

WHEREAS this same Court granted final approval of the Settlement Agreement in the Shareholder Derivative Suit on December 8, 2021;

WHEREAS the conditions for dismissal of this Action under the Settlement Agreement have been satisfied;

NOW THEREFORE, the Parties hereby stipulate to voluntarily dismiss this Action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the F.R.C.P.

DATED: December 29, 2021       DYKEMA GOSSETT LLP

By: ___*/s/ Thi Hoang Ho*___
JEFFREY G. HURON
THI HOANG HO
Attorneys for PARAGON TECHNOLOGY AND DEVELOPMENT, INC. and GATSBY ENTERPRISES, INC.

DATED: December 29, 2021       KERCSMAR FELTUS AND COLLINS PLLC

By: ___*/s/ Eric Hull*___
ERIC HULL
Attorneys for Harvery Belfer, Todd Belfer, and To Be Limited Partnership

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

## ATTESTATION FOR ELECTRONIC SIGNATURES

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 29, 2021     DYKEMA GOSSETT LLP

By: */s/ Thi Hoang Ho*
JEFFREY G. HURON
THI HOANG HO
Attorneys for PARAGON TECHNOLOGY AND DEVELOPMENT, INC. and GATSBY ENTERPRISES, INC.

# PROOF OF SERVICE

**Paragon Technology & Development, Inc. v. Harvey Belfer, et al.
2:21-cv-02547-JFW-MAA**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On December 29, 2021, I served true copies of the following document(s) described as **STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** on the interested parties in this action as follows:

| | |
|---|---|
| Eric Blair Hull, Esq.<br>Kercsmar Feltus and Collins PLLC<br>8200 Wilshire Blvd. Suite 222<br>Beverly Hills, CA 90211<br><br>Email:  ebh@kfcfirm.com<br>Tel:     (310) 928-7885<br>Fax:    (480) 421-1002 | *Attorneys for Defendants,*<br>Harvey Belfer, an individual; Todd Belfer, an individual; To Be Limited Partnership, an Arizona limited partnership |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 29, 2021, at Los Angeles, California.

_____
Anna Feygin